# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRVING GAYTON,<br><br>    Petitioner,<br><br>  v.<br><br>A. McEWEN, Warden,<br><br>    Respondent. | Case No. CV 10-2920-SVW (JEM)<br><br>**JUDGMENT** |

  In accordance with the Report and Recommendation of the United States Magistrate Judge filed concurrently herewith,

  IT IS HEREBY ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: January 27, 2011

                STEPHEN V. WILSON
                UNITED STATES DISTRICT JUDGE